■ NATALIA SHAFIR, Respondent, v WORLD OF CHANTILLY, INC., et al., Appellants. [56 NYS3d 466]—In an action to recover damages for personal injuries, the defendants appeal, as limited by their brief, from so much of an order of the Supreme Court, Kings County (Knipel, J.), dated August 19, 2016, as denied that branch of their application which was to compel the plaintiff to provide an authorization for the release of medical records.

Ordered that on the Court's own motion, the notice of appeal from so much of the order as denied that branch of the defendants' application which was to compel the plaintiff to provide an authorization for the release of medical records is treated as an application for leave to appeal from that portion of the order, and leave to appeal is granted (*see* CPLR 5701 [c]); and it is further,

Ordered that the order is affirmed insofar as appealed from; and it is further,

Ordered that one bill of costs is awarded to the plaintiff.

The Supreme Court providently exercised its discretion in denying that branch of the defendants' application which was to compel the plaintiff to provide an authorization for the release of medical records relating to a certain medical condition. The defendants failed to meet their initial burden of demonstrating that the medical records sought are relevant to the issue in controversy and are material and necessary to the defense of this action (*see* CPLR 3101 [a]; 3121 [a]; *Sibley v Hayes 73 Corp.*, 126 AD2d 629, 631 [1987]; *cf. Farkas v Orange Regional Med. Ctr.*, 97 AD3d 720, 722 [2012]). Balkin, J.P., Roman, Hinds-Radix and LaSalle, JJ., concur.